IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **EMILY BORCHARDT,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | CIVIL ACTION NO. 1:19-cv-891 |
| | § | |
| **vs.** | § | |
| | § | |
| **MELINDA MONTFORD;** | § | |
| **MARGARET MOORE; and** | § | |
| **TRAVIS COUNTY, TEXAS;** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING PLAINTIFF'S EXPEDITED APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

On this date, the Court considered *Plaintiff's Expedited Application for Temporary Restraining Order and Preliminary Injunction* (the "Motion").

The Court, having considered the Motion, finds that a Temporary Restraining Order should be **GRANTED.**

It is accordingly **ORDERED** that the Court finds the requirements for issuance of this Temporary Restraining Order have been met by Plaintiff:

It is **HEREBY ORDERED** that Defendants Melinda Montford and Margaret Moore are immediately restrained and enjoined from making, or directing or encouraging others to make, statements that explicitly or implicitly state or suggest that Plaintiff consented to being sexually assaulted or that Plaintiff admitted she consented to being sexually assaulted.

This Order shall remain in effect until a temporary injunction hearing, a preliminary injunction hearing, or a full trial on the merits of Plaintiff's application for a preliminary injunction can be held.

IT IS **FURTHER ORDERED** that Plaintiff's application for preliminary injunction is set for a hearing on _____. Defendants Melinda Montford and Margaret Moore shall appear before this Court to show cause, if any, why this Court should not enter a preliminary injunction extending the relief granted in this Order until a final adjudication on the merits may be had.

**IT IS SO ORDERED**.

SIGNED this ____ day of _____, 2019.

HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE